## SMITH v. STATE.
No. 14095.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

W. R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing intoxicating liquor for the purpose of sale, punishment being one year in the penitentiary.

Notwithstanding appellant entered a plea of guilty, under the formalities of law he gave notice of appeal to this court, and we find the record here without statement of facts or bills of exception. The indictment charges an offense, and the proceedings are regular.

Nothing is presented for review, and the judgment is affirmed.

---

## SMITH v. STATE.
No. 14097.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

W. R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for transporting intoxicating liquor, punishment being one year in the penitentiary.

Notwithstanding appellant entered a plea of guilty, under the formalities of law he gave notice of appeal to this court, and we find the record here without statement of facts or bills of exception. The indictment charges an offense, and the proceedings are regular.

Nothing is presented for review, and the judgment is affirmed.

---

## W. B. SMITH v. STATE.
No. 14096.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

W. R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

Appellant entered his plea of guilty. The record contains neither statement of facts nor bills of exception. The judgment, sentence, and charge of the court are in conformity with law.

No error appearing, the judgment will be affirmed.

---

## W. B. SMITH v. STATE.
No. 14098.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

W. R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for transporting a still and equipment capable of making intoxicating liquors; penalty, confinement in the penitentiary for one year.

The indictment is regular. A plea of guilty was entered. The record is before us without statement of facts and bills of exception. No fundamental error has been perceived or pointed out.

The judgment is affirmed.